IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

T.R., Individually and as Parent
and Next of Friend of K.R.                                                              PLAINTIFF

v.                          Case No. 4:20-cv-000735-KGB

RUSSELLVILLE SCHOOL DISTRICT
and MARK GOTCHER                                                                     DEFENDANTS

## ORDER

Before the Court is the parties' joint motion to dismiss with prejudice (Dkt. No. 54). The parties state that they have successfully mediated their dispute (*Id.*, ¶ 2). Plaintiff T.R., individually and as parent and next friend of K.R., requests that all claims against defendants Russellville School District and separate defendant Mark Gotcher be dismissed with prejudice (*Id.*, ¶ 3). For good cause shown, the Court grants the motion (*Id.*). The action is dismissed with prejudice.

It is so ordered on this 1st day of December, 2021.

Kristine G. Baker
United States District Judge